**This order is SIGNED.**

**Dated: December 9, 2021**




**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge

*tjc*

OFFICE CHAPTER 13 TRUSTEE
Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
405 So. Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>Alma Russell Olsen,<br>Chelsea Nichole Olsen,<br><br>Debtors. | Bankr. Case No. 20-26480<br>Chapter 13<br><br>Hon. William T. Thurman |
| Alma Russell Olsen<br>Chelsea Nichole Olsen,<br>              Plaintiffs.<br>v.<br><br>L &W Supply Corporation,<br><br>John Does 1-3,<br>              Defendants. | Adversary Pro No. 21-02025<br><br>Hon. William T. Thurman |

**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**

Lon A. Jenkins, Chapter 13 Trustee ("Trustee"), filed MOTION TO DISMISS WITH PREJUDICE. A status conference was scheduled for December 9 at 10:00 a.m. for Defendants L&W Supply Corporation Motion to Dismiss. Parties having settled the issues in the main case resulting in Confirmation of the Chapter 13 Plan and based upon the Court having reviewed the pleadings on file, it is hereby ORDERED:

1. The case is dismissed with prejudice.

--END OF ORDER—

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing Order shall be served to the parties addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid below or by ECF Notification:

Service of the foregoing Motion was served to the parties and in the manner designated below:

ALMA RUSSELL OLSEN
CHELSEA NICHOLE OLSEN
1630 EAST 2450 SOUTH #252
ST. GEORGE UT 84790

L&W SUPPLY CORPORATION
1300 SOUTH RIVER ROAD STE 100
SACRAMENTO CA 95691

GEOFFREY CHESNUT
ECF Notification

MARK B. THORNTON
ECF Notification

LON A. JENKINS
ECF Notification