**This order is SIGNED.**

**Dated: December 9, 2021**

WILLIAM T. THURMAN
U.S. Bankruptcy Judge



tjc

OFFICE CHAPTER 13 TRUSTEE
Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
405 So. Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email:  utahtrusteemail@ch13ut.org

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>Alma Russell Olsen,<br>Chelsea Nichole Olsen,<br><br>Debtors. | Bankr. Case No. 20-26480<br>Chapter 13<br><br>Hon. William T. Thurman |
| Alma Russell Olsen<br>Chelsea Nichole Olsen,<br>                Plaintiffs.<br>v.<br><br>L &W Supply Corporation,<br><br>John Does 1-3,<br><br>                Defendants. | Adversary Pro No. 21-02025<br><br>Hon. William T. Thurman |

**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**

Lon A. Jenkins, Chapter 13 Trustee ("Trustee"), filed MOTION TO DISMISS WITH PREJUDICE. A status conference was scheduled for December 9 at 10:00 a.m. for Defendants L&W Supply Corporation Motion to Dismiss. Parties having settled the issues in the main case resulting in Confirmation of the Chapter 13 Plan and based upon the Court having reviewed the pleadings on file, it is hereby ORDERED:

1. The case is dismissed with prejudice.

--END OF ORDER—

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing Order shall be served to the parties addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid below or by ECF Notification:

Service of the foregoing Motion was served to the parties and in the manner designated below:

ALMA RUSSELL OLSEN
CHELSEA NICHOLE OLSEN
1630 EAST 2450 SOUTH #252
ST. GEORGE UT 84790

L&W SUPPLY CORPORATION
1300 SOUTH RIVER ROAD STE 100
SACRAMENTO CA 95691

GEOFFREY CHESNUT
ECF Notification

MARK B. THORNTON
ECF Notification

LON A. JENKINS
ECF Notification

United States Bankruptcy Court

District of Utah

Olsen,
    Plaintiff

Adv. Proc. No. 21-02025-WTT

L&W Supply Corporation,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1088-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 09, 2021 | Form ID: pdfor1 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Alma Russell Olsen, 1630 East 2450 South, #252, Saint George, UT 84790-6334 |
| dft | + L&W Supply Corporation, 1300 South River Road, Ste. 100, Sacramento, CA 95691-2831 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Geoffrey L. Chesnut | on behalf of Plaintiff Chelsea Nichole Olsen courtmailrr@expresslaw.com gchesnut@expresslaw.com;chesnutgr54003@notify.bestcase.com |
| Geoffrey L. Chesnut | on behalf of Plaintiff Alma Russell Olsen courtmailrr@expresslaw.com gchesnut@expresslaw.com;chesnutgr54003@notify.bestcase.com |
| Lon Jenkins tr | ecfmail@ch13ut.org lneebling@ch13ut.org |
| Mark B. Thornton | on behalf of Defendant L&W Supply Corporation mark@snjlegal.com deanna@snjlegal.com;thorntonmr94882@notify.bestcase.com;shantel@snjlegal.com |

District/off: 1088-4 User: admin Page 2 of 2
Date Rcvd: Dec 09, 2021 Form ID: pdfor1 Total Noticed: 2
TOTAL: 4